UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRIAN K. JOHNSON, | ) | CASE NO. C08-0232-RSM-MAT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER STRIKING PLAINTIFF'S PENDING MOTIONS |
| KING COUNTY, et al., | ) ) | |
| Defendants. | ) ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff has submitted to this Court for consideration a motion to strike defendants' motion to compel and a motion for summary judgment. It does not appear from the record that plaintiff ever served copies of these motions on counsel for defendants as required by Local Rule CR 7(b)(1). Plaintiff was advised in an Order issued by this Court on July 17, 2008, that any document submitted to the Court for consideration which was not accompanied by proof that it had been served on counsel for defendants would be immediately stricken from the record. (*See* Dkt. No. 24.) As plaintiff has not provided any proof that the instant motions have been served on counsel for defendants, the motions (Dkt. Nos. 42 and 44) are STRICKEN.

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS
PAGE -1

01       The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the

02 Honorable Ricardo S. Martinez.

03       DATED this 24th day of October, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS
PAGE -2