UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRIAN K. JOHNSON, | ) | CASE NO. C08-0232-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR APPOINTMENT OF |
| KING COUNTY, et al., | ) | COUNSEL |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on plaintiff's motion for appointment of counsel. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER:

(1) Plaintiff's motion for appointment of counsel (Dkt. No. 47) is DENIED. There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires

an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331.

Plaintiff has not demonstrated that he is unable to articulate his claims pro se. Thus, plaintiff has not demonstrated that this case involves exceptional circumstances which warrant appointment of counsel at the present time.

(2) Defendants' cross-motion for summary judgment (Dkt. No. 36), plaintiff's motion for summary judgment/order to reconsider (Dkt. No. 46), and defendants' motion to dismiss (Dkt. No. 49) are RE-NOTED on the Court's calendar for consideration on ***December 19, 2008***. If plaintiff wishes to be heard in opposition to defendants' motion to dismiss this action based upon plaintiff's failure to comply with this Court's Order compelling plaintiff to submit to a deposition, he must file a response to defendants' motion not later than ***December 15, 2008***.

(3) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 24th day of November, 2008.

Mary Alice Theiler
United States Magistrate Judge