UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRIAN K. JOHNSON, | ) | CASE NO. C08-0232-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANTS' |
| v. | ) | MOTION TO DISMISS, STRIKING |
| | ) | AS MOOT ALL OTHER |
| OFFICER NAVEJAS, et al., | ) | DISPOSITIVE MOTIONS, AND |
| | ) | DIRECTING DEFENDANTS TO |
| Defendants. | ) | SUBMIT COST BILL |
| | ) | |

The Court, having reviewed plaintiff's amended civil rights complaint, defendants' motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, plaintiff's objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation ;

(2) Defendants' motion to dismiss (Dkt. No. 49) is GRANTED;

(3) Defendants' cross-motion for partial summary judgment (Dkt. No. 36), plaintiff's motion for summary judgment/order to reconsider (Dkt. No. 46), and plaintiff's motion to confirm/grant/order summary judgment (Dkt. No. 52) are STRICKEN as moot;

(4) Plaintiff's motion to strike defendants' reply brief (Dkt. No. 54) is DENIED;

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS
PAGE -1

(5) Plaintiff's amended complaint and this action are DISMISSED with prejudice;

(6) Defendants are directed to submit a cost bill regarding the original motion to compel and regarding plaintiff's failure to comply with the Court's October 10, 2008, Order compelling discovery not later than 15 days from the date on which this Order is signed; and

(7) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 25th day of February, 2009.

/s/ Ricardo S. Martinez

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE